UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-1355-AG(ANx) | | Date | February 9, 2009 |
|---|---|---|---|---|
| Title | I.S., ETC, ET AL v NEWPORT-MESA UNIFIED SCHOOL DISTRICT | | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     [IN CHAMBERS]  **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS Plaintiff, to show cause in writing no later than **February 20, 2009** why this action should not be dismissed for lack of prosecution.

On September 5, 2008, this Court issued an Order on Stipulation of the parties ordering plaintiff to file the opening brief on 9/9/08.  On November 7, 2008 this Court issued and OSC re: Dismissal for Lack of Prosecution.  Counsel for the plaintiff filed a response to the OSC on 11/21/08 and the Court set the matter for hearing on December 8, 2008.  On December 8, 2008 a hearing was held, sanctions were imposed against counsel for the plaintiff and a new briefing schedule was set.  Plaintiff was ordered to file the administrative record and opening brief by December 12, 2008.  To date, no opening brief has been filed in this matter.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

NO oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | lmb | | |