JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-1355-AG(ANx) | Date | February 23, 2009 |
| Title | I.S., ETC, ET AL v NEWPORT-MESA UNIFIED SCHOOL DISTRICT | | |

| Present: The Honorable | ANDREW J. GUILFORD |
|---|---|

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [In Chambers]   **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

The Petition in this matter was filed on November 19, 2007. On February 2, 2009, this Court issued a second Minute Order which ordered plaintiff to show cause in writing on or before February 20, 2009, why this action should not be dismissed for lack of prosecution for failure to prosecute the action diligently. To date, the Court has received no response to the Second Order to Show Cause.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

    :   0

Initials of Preparer   lmb